NO. 05CI-07884                                   JEFFERSON CIRCUIT COURT
                                                      DIVISION FIVE (5)
                                                   JUDGE DOUGLASS KEMPER

LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT           PLAINTIFF

vs.                    **NOTICE - MOTION - ORDER**

HORNBLOWER MARINE SERVICES – KENTUCKY, INC.            DEFENDANT

* * * * * * * *

TO:   Craig C. Dilger
      Stoll Keenon Ogden PLLC
      1700 PNC Plaza
      Louisville, KY 40202
      Counsel for Defendant

**PLEASE TAKE NOTICE** that at 10:45 a.m. on Monday, June 19, 2006, will bring the following motion and tender the attached Order.

## CERTIFICATE

It is hereby certified that a copy of the foregoing Notice Motion Order was mailed this 14th day of June, 2006, to the above listed named persons.

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Comes the Plaintiff, Louisville/Jefferson County Metro Government, by counsel, and moves the Court for leave to file the attached Amended Complaint, naming additional defendants in this action. This case was originally filed on September 14, 2005 naming Hornblower Marine Services – Kentucky, Inc. On March 10, 2006, Hornblower Marine Services – Kentucky, Inc. notified the Court that it had filed a Chapter 7 bankruptcy petition in the United States Bankruptcy Court, District of Delaware, on March 8, 2006 and invoking the automatic stay provisions of Section 362 of the Bankruptcy Code.

On May 5, 2006, the United States Bankruptcy Court for the District of Delaware entered the Order attached as Exhibit A, granting relief from the automatic stay to permit the plaintiff to amend the complaint in this action to name and proceed against additional defendants.

Respectfully submitted,

Jeffrey L. Freeman
Assistant Jefferson County Attorney
444 South Fifth Street, 5th Floor
Louisville, KY 40202
(502) 574 - 6333
Counsel for Plaintiff

NO. 05CI-07884            JEFFERSON CIRCUIT COURT
DIVISION FIVE (5)
JUDGE DOUGLASS KEMPER

LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT      PLAINTIFF

vs.          **ORDER**

HORNBLOWER MARINE SERVICES – KENTUCKY, INC.      DEFENDANT

\* \* \* \* \* \* \* \*

Upon motion of the plaintiff, Louisville/Jefferson County Metro Government, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that the Motion for Leave to File Amended Complaint is granted. It is further ordered that the Amended Complaint be filed of record.

         _____
         JUDGE

         DATE: _____

Tendered By:

_____
Jeffrey A. Freeman
Assistant Jefferson County Attorney
444 South Fifth Street, 5th Floor
Louisville, KY 40202
(502) 574-6333

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| HORNBLOWER MARINE SERVICES - ) | Case No. 06-10210 (MFW) |
| KENTUCKY, INC., ) | |
| ) | Re: D.I. No. _____ |
| Debtor. ) | |
| ) | |

## ORDER

AND NOW, upon consideration of the Motion of Louisville/Jefferson County Metro Government For Relief From the Automatic Stay ("Motion"), filed herein for relief from the automatic stay to permit Louisville/Jefferson County Metro Government to amend the Complaint to name the Debtor's parent company, Hornblower Marine Services, Inc., a defendant in such action, and thereafter to pursue the action solely against the parent company. The Court having considered and heard the evidence and argument of counsel.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT** the Louisville/Jefferson County Metro Government be granted relief from the Stay in order to permit it amend the Complaint to name the Debtor's parent company, Hornblower Marine Services, Inc., a defendant in such action, and thereafter to pursue the action solely against the parent company.

Dated: Wilmington, Delaware
May 5, 2006

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge

Document No. 53432

**EXHIBIT A**

22

NO. 05CI-07884  JEFFERSON CIRCUIT COURT
DIVISION FIVE (5)
JUDGE DOUGLASS KEMPER

LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT    PLAINTIFF

vs.  **FIRST AMENDED COMPLAINT**

HORNBLOWER MARINE SERVICES – KENTUCKY, INC.

AND

HORNBLOWER MARINE SERVICES, INC.
SERVE: JOHN DOMINGOS
       351 CALIFORNIA STREET
       SAN FRANCISCO, CA 94104

AND

JOHN W. WAGGONER
115 E. MARKET STREET
NEW ALBANY, IN 47150

AND

TERRY A. MACRAE
115 E. MARKET STREET
NEW ALBANY, IN 47150    DEFENDANTS

\* \* \* \* \* \* \* \*

Plaintiff, Louisville/Jefferson County Metro Government ("MG") for its claims against Defendants, Hornblower Marine Services – Kentucky, Inc., Hornblower Marine Services, Inc., John W. Waggoner, and Terry A. MacRae, states as follows:

1. Metro Government re-alleges and incorporates all allegations contained in the original Complaint, attached, as if fully set forth here.

2. Defendant Hornblower Marine Services, Inc. (HMS) is a corporation duly organized and existing under the laws of the State of California with its principal place of

business at 115 E. Market Street, New Albany, Indiana and has conducted its business with sufficient contact with Jefferson County, Kentucky to bring it within the jurisdiction of this Court.

3. Defendants John W. Waggoner and/or Terry A. MacRae were at all relevant times directors, major and dominating stockholders and managing officers of either HMS, HMS-Ky or both.

4. Defendants HMS and HMS-Ky have acted as one single corporate entity in the facts, events and agreements which form the basis of the cause of action asserted here.

5. HMS-Ky was organized by Defendants Waggoner and MacRae as Defendants Waggoner, MacRae and/or HMS's alter ego for the purpose of contracting with the Plaintiff in an attempt to unjustly shield these Defendants from prospective liability.

6. On information and belief; HMS-Ky was undercapitalized from its inception; was managed and controlled by HMS; the corporate officers and conduct of business between HMS-Ky and HMS are so intermingled as to render them one and the same entity for the purposes of the claim set forth here.

7. Officers and representatives of HMS, including Defendants Waggoner and/or MacRae, were directly involved in the negotiation of the Agreement between Plaintiff and HMS-Ky and were at all times directly and indirectly involved in the performance of the Agreement.

8. Defendants are jointly and severally liable for the amount of damages set forth and demanded in the original Complaint.

WHEREFORE, the Metro Government respectfully requests as follows:

1. ~~Judgment against the Defendants, jointly and severally, for the total~~ amount of Defendants' debt to the Metro Government of $522,612.50, together with interest at the rate of 12% per annum from the date of judgment until paid.

2. Its costs expended herein.

3. Trial by jury.

4. Any and all other relief to which it may appear entitled.

Respectfully submitted,

*[signature]*

Jeffrey D. Freeman
Assistant Jefferson County Attorney
444 South Fifth Street, 5th Floor
Louisville, KY 40202
(502) 574 - 6333
Counsel for Plaintiff

Certificate of Service

It is hereby certified that a copy of the foregoing First Amended Complaint was mailed on June 14th, 2006, via first-class U.S. mail, postage prepaid, to:

Craig C. Dilger
Stoll Keenon Ogden PLLC
1700 PNC Plaza
Louisville, KY 40202
Counsel for Defendant
3

NO. 05CI-07884            JEFFERSON CIRCUIT COURT
DIVISION _____
JUDGE _____

JEFFERSON CIRCUIT COURT
DIVISION FIVE (5)

**LOUISVILLE/JEFFERSON COUNTY
METRO GOVERNMENT**            PLAINTIFF

vs.            **COMPLAINT**

**HORNBLOWER MARINE
SERVICES – KENTUCKY, INC.**            **DEFENDANT**
**SERVE: CT CORPORATION SYSTEM
       KENTUCKY HOME LIFE BUILDING
       LOUISVILLE, KY 40202**

FILED IN CLERKS OFFICE
TONY MILLER CLERK
SEP 14 2005
BY _____
DEPUTY CLERK

\*\* \*\* \*\* \*\* \*\* \*\* \*\*

Plaintiff, Louisville/Jefferson County Metro Government, ("Metro Government") for its claim against Defendant, Hornblower Marine Services – Kentucky, Inc., ("HMS") states as follows:

1. The Louisville/Jefferson County Metro Government is a consolidated local government established under KRS Chapter 67C.

2. The Metro Government replaced and superceded the Jefferson County Fiscal Court ("Fiscal Court") on January 6, 2003.

3. Hornblower Marine Services ("HMS") is a Delaware corporation with its principal place of business at 115 East Market Street, New Albany, Indiana 47150.

4. Jefferson County owned vessels named the SS Belle of Louisville, the M/V Spirit of Jefferson and the Andrew Broadus (the "Vessels").

5. Jefferson County Fiscal Court executed a contract with HMS on February 12, 2002 under which HMS agreed to provide marine management and operating services for the Vessels.

6. The contract, succeeded to by the Metro Government on January 6, 2003, terminated on January 30, 2005.

7. Defendant and Plaintiff contracted to share the Vessels' profits and losses equally.

8. There was a loss of $467,967.00 for fiscal year 2003; $495,158.00 for fiscal year 2004; and $82,100.00 for January 2005. The total loss is $1,045,255.00.

11. Defendant's share of that loss is $522,612.50.

12. The Metro Government, by certified letter dated July 18, 2005, demanded HMS pay its debt to the Metro Government by August 17, 2005.

13. Defendant has not paid its debt to the Metro Government.

**WHEREFORE**, the Metro Government respectfully requests as follows:

1. Judgment against the Defendant, Hornblower Marine Services – Kentucky, Inc., for the total amount of Defendant's debt to the Metro Government of $522,612.50, together with interest at the rate of 12% per annum from date of judgment until paid.

2. Its costs expended herein.

3. Trial by jury.

4. Any and all other relief to which it may appear entitled.

IRV MAZE
JEFFERSON COUNTY ATTORNEY

BY: _____
JEFFREY L. FREEMAN
PAUL C. RUTHERFORD
Assistant County Attorneys
444 South Fifth Street – 5th Floor
Louisville, KY 40202
(502) 574-2215
(502) 574-3068

## CERTIFICATE

I certify that a copy of the foregoing was mailed on September 14th, 2005, via first-class U.S. mail, postage prepaid to: John W. Waggoner, President, Hornblower Marine Services – Kentucky, Inc., 115 East Market Street, New Albany, Indiana 47150 and Craig C. Dilger, Ogden Newell and Welch, PLLC, 1700 PNC Plaza, 500 West Jefferson Street, Louisville, Kentucky 40202.

_____
JEFFREY L. FREEMAN

RECEIVED
SEP 1 6 2005
TONY MILLER
CIRCUIT CLERK



SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly) — CT Corporation System
B. Date of Delivery — SEP 15 2005
C. Signature X
☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below: MATTHEW REDFIELD SEP 15 2005

1. Article Addressed to:
Hornblower Marine Services-Kentucky, Inc.
c/o CT Corporation System
Kentucky Home Life Bldg.
Louisville, Ky 40202
05CI-07884

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☑ Yes

2. Article Number (Copy from service la   7004 1160 0001 0851 9957

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

| SENDER: | |
|---|---|
| ■ Complete items 1 and/or 2 for additional services.<br>■ Complete items 3, 4a, and 4b.<br>■ Print your name and address on the reverse of this form so that we can return this card to you.<br>■ Attach this form to the front of the mailpiece, or on the back if space does not permit.<br>■ Write *"Return Receipt Requested"* on the mailpiece below the article number.<br>■ The Return Receipt will show to whom the article was delivered and the date delivered. | I also wish to receive the following services (for an extra fee):<br>1. ☐ Addressee's Address<br>2. ☑ Restricted Delivery<br>Consult postmaster for fee. |
| 3. Article Addressed to: Hornblower Marine<br>John Domingos<br>351 California Street<br>San Francisco, CA 94104<br>05CI-07884 | 4a. Article Number<br>7004 1160 0001 0852 0502<br>4b. Service Type<br>☐ Registered  ☑ Certified<br>☐ Express Mail  ☐ Insured<br>☐ Return Receipt for Merchandise  ☐ COD<br>7. Date of Delivery 6/27/6 |
| 5. Received By: (Print Name)<br>CLARA CURRY | 8. Addressee's Address (Only if requested and fee is paid) |
| 6. Signature: (Addressee or Agent)<br>X Clara Curry | |
| PS Form **3811**, December 1994 | 102595-98-B-0229  Domestic Return Receipt |

JUN 22 2006

RECEIVED
JUL 0 3 2006
MICHAEL
CIRCUIT CLERK

05C107884
#5

KC