UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
CIVIL ACTION NO. 3:06CV348-S
(Removed from Jefferson Circuit Court
Case No. 05-CI-07884)

LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT     PLAINTIFF

V.

HORNBLOWER MARINE SERVICES – KENTUCKY, INC.
HORNBLOWER MARINE SERVICES, INC.
JOHN W. WAGGONER, and
TERRY A. MACRAE     DEFENDANTS

### ANSWER TO THE FIRST AMENDED COMPLAINT

Come the Defendants Hornblower Marine Services, Inc., John Waggoner and Terry MaCrae, by counsel, and answers the Complaint as follows:

### FIRST DEFENSE

1. The Complaint fails to state a cause of action for which relief may be granted against these Defendants.

### SECOND DEFENSE

2. This Court does not have personal jurisdiction over any of the Defendants, Hornblower Marine Services, Inc., John Waggoner and Terry MacRae.

### THIRD DEFENSE

3. As to Paragraph 1 of the First Amended Complaint the Defendants restate and reiterate all affirmative defenses raised herein and further state as follows, Paragraphs 1, 2, 3 and 4 of the Complaint are admitted; Paragraphs 5, 6 and 7 of the Complaint are denied except it is admitted that any such contract between Metro Government and Hornblower Marine Services - Kentucky, Inc. speaks for itself; Paragraph 8 of the Complaint cannot be responded to as it doesn't refer to any particular loss on any particular business. Therefore, Paragraph 8 is denied.

There are no Paragraphs 9 and 10. Paragraph 11 is denied for the same reason as Paragraph 8. Paragraph 12 is admitted to the extent that a certified letter demanding payment to Metro Government was delivered. Paragraph 13 is denied because there is no debt owed to Metro Government by Hornblower Marine Services – Kentucky, Inc.

4.  Paragraph 2 of the First Amended Complaint is denied except that it is admitted that Hornblower Marine Services, Inc. is a corporation duly organized and existing under the laws of the State of California with its principal place of business at 115 East Market, New Albany, Indiana.

5.  Paragraph 3 of the First Amended Complaint is denied except that it is admitted that Waggoner and MacRae were Directors and officers of HMS, HMS - Kentucky or both.

6.  Paragraph 4 of the First Amended Complaint is denied.

7.  Paragraph 5 of the First Amended Complaint is denied.

8.  Paragraph 6 of the First Amended Complaint is denied.

9.  Defendants deny Paragraph 7 of the Complaint because it is incomprehensible.

10. Paragraph 8 of the First Amended Complaint is denied.

WHEREFORE, having answered the First Amended Complaint, the Defendants demand that the Complaint be dismissed with prejudice, that the Plaintiffs recover their costs herein expended, and have any and all other relief to which they may appear entitled.

WALTER L. SALES
KATHRYN V. EBERLE
STOLL KEENON OGDEN, PLLC
2000 PNC Plaza
500 West Jefferson Street
Louisville, KY 40202
(502) 560-4420

Counsel for the Defendants