UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

LOUISVILLE/JEFFERSON COUNTY                                                      PLAINTIFF
METRO GOVERNMENT

v.                                                    CIVIL ACTION NO. 3:06-CV-348-S

HORNBLOWER MARINE
SERVICES-KENTUCKY, INC., ET AL.                                                  DEFENDANTS

## AGREED ORDER DISMISSING SETTLED

Come now the Plaintiff, Louisville/Jefferson County Metro Government, and Defendants, Hornblower Marine Services, Inc. (now known as HMS Global Maritime, Inc.), Hornblower Marine Services – Kentucky, Inc., John W. Waggoner, and Terry A. McRae, by counsel, and having reached a settlement in the form of a written Settlement Agreement executed on December 21, 2011 and effective on November 1, 2011, now inform the court that this action may be dismissed with prejudice except as to Plaintiff's right to enforce the aforesaid settlement agreement.

IT IS SO ORDERED.

| | |
|---|---|
| MICHAEL J. O'CONNELL<br>JEFFERSON COUNTY ATTORNEY<br>s/ I. Joel Frockt_____<br>I. Joel Frockt<br>Assistant Jefferson County Attorney<br>531 Court Place, Suite 900<br>Louisville, KY  40202<br>joel.frockt@louisvilleky.gov<br>*Counsel for Plaintiff* | STOLL KEENON OGDEN, PLLC<br>s/ Walter L. Sales (w/ permission IJF)<br>500 W. Jefferson St., Ste. 2000<br>Louisville, KY 40202<br>walter.sales@skofirm.com<br>*Counsel for Defendants* |